JOYCE BERLOW, Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent. RICHARD BERLOW, Appellant, v. NEW YORK STATE THRUWAY

Authority, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.